| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brandon J Iskander<br>Shulman Hodges & Bastian LLP<br>3550 Vine Street Ste 210<br>Riverside, CA 92507<br><br>951–275–9300<br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**

| In re:<br><br>George W. Nasr<br><br><br>Debtor(s). | CASE NO.: 6:19–bk–10263–SY<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 6:19–ap–01111–SY |
|---|---|
| Lynda T. Bui<br><br>Plaintiff(s)<br>Versus<br>Pin Hsu<br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **08/28/2019.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

    **Date:** October 24, 2019
    **Time:** 09:30 AM
    **Hearing Judge:** Scott H. Yun
    **Location:** 3420 Twelfth St., Crtrm 302, Riverside, CA 92501

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 1      **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: July 29, 2019

By: _____"s/" Cynthia Potier_____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 2                    **F 7004–1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Lynda T. Bui | Pin Hsu<br>Lorin Mansour<br>Western Resources Title Company<br>Lawyers Title Company<br>Rick O'Hara & Associates, Inc.<br>KAM Financial & Realty, Inc.<br>Associated Brokers Orange County Two Inc. dba Ashwill Associates |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING, COMPLAINT, EARLY MEETING OF COUNSEL, AND JUDGE'S STATUS CONFERENCE INSTRUCTIONS WITH JOINT STATUS REPORT EXHIBIT A** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 30, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 7 TRUSTEE/PLAINTIFF:** Lynda T. Bui (TR)    trustee.bui@shbllp.com, C115@ecfcbis.com
**COUNSEL FOR THE CHAPTER 7 TRUSTEE/PLAINTIFF:** Brandon J Iskander    biskander@shbllp.com, avernon@shbllp.com
**INTERESTED PARTY:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 30, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 30, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy – Via Personal Delivery**
Honorable Scott H. Yun
United States Bankruptcy Court
3420 Twelfth Street
Bin Outside of Courtroom 302
Riverside, CA 92501

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 30, 2019 | Anne Marie Vernon | /s/ Anne Marie Vernon |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

## U.S. MAIL SERVICE LIST

**Defendant Individually and as Trustee for the**
**The Pin Hsu Trust dated May 30, 2018**
Pin Hsu
5782 Spa Drive
Huntington Beach, CA 92647-2027

**Defendant Individually and as Trustee for the**
**Ana & Josy Trust**
Lorin Mansour
1038 McCall Drive
Corona, CA 92881

**Putative Counsel for Defendant Lorin Mansour**
Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433

**Defendant**
Western Resource Title Company
c/o Tom Wagner, Agent for Service of Process
108 Pacifica Avenue, Suite 300
Irvine, CA 92618

**Counsel for Defendant Western Resource Title Company**
Mark A. Hiller, Esq.
Hiller & Associates, Attorneys at Law
20062 SW Birch St., Suite 200
Newport Beach, CA 92660

**Defendant**
Lawyers Title Company
c/o C T Corporation System, Agent for Service of Process
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

**Defendant**
Rick O'Hara & Associates, Inc.
c/o Jill O'Hara, Agent for Service of Process
2655 First Street, Suite 250
Simi Valley, CA 93065

**Defendant**
KAM Financial & Realty, Inc.
c/o Khaled El Henawy, Agent for Service of Process
3741 Carmel View Road, Unit 3
San Diego, CA 92130-3550

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**Defendant**
Associated Brokers Orange County Two, Inc. dba
Ashwill Associates
c/o Frederick Spitzkeit, Agent for Service of Process
2100 W. Orangewood Avenue, #110
Orange, CA 92868

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**